**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | |
| BRENDAN CONKLIN, | **INDICTMENT** |
| Defendant. | 18 U.S.C. § 912 |
| | 18 U.S.C. § 913 |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(False Impersonation of an Officer or Employee of the United States)**

1.       On or about December 14, 2023, in the Southern District of Ohio, Defendant **BRENDAN CONKLIN** did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof and any department, agency, and office thereof, that is, a federal officer, and acted as such, in that he unlawfully detained and arrested another person, Victim 1, searched Victim 1, and held Victim 1 in custody.

**In violation of 18 U.S.C. § 912.**

**COUNT TWO**
**(Impersonator Making Arrest or Search)**

2.       On or about December 14, 2023, in the Southern District of Ohio, Defendant **BRENDAN CONKLIN** did falsely represent himself to be an officer, agent, and employee of the United States, and in such assumed character did arrest and detain another person, Victim 1, and did in any manner search the person of Victim 1.

**In violation of 18 U.S.C. § 913.**

## FORFEITURE ALLEGATION

3.      The allegations of this Indictment are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, Defendant **BRENDAN CONKLIN** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

/s Foreperson
_____
Foreperson

DOMINICK S. GERACE II
United States Attorney

_____
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney