# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>BRENDAN CONKLIN<br><br>*Defendant* | )<br>)  Case No.  2-26-CR-11  ALM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRENDAN CONKLIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: False Impersonation of an Officer or Employee of the United States, in violation of 18 U.S.C. § 912;
Count 2: Impersonator Making Arrest or Search, in violation of 18 U.S.C. § 913.

Date: 01/15/2026

/s/ Spencer D. Harris
*Issuing officer's signature*

City and state: Columbus, Ohio

Spencer D. Harris, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/2026, and the person was arrested on *(date)* 1/21/2026
at *(city and state)* Westerville, Ohio.

Date: 1/21/2026

Gabriella Vogt
*Arresting officer's signature*

Gabriella L Vogt, Special Agent
*Printed name and title*