

**WESTERVILLE**
DIVISION OF POLICE

# PROGRESS OF INVESTIGATION

**TYPE OF CRIME:**    **Impersonating a Police Officer**                                    **Report:  24-1573**

**VICTIM:**    ███████████████████████████████████████████ **/ State of Ohio**

**January 24th, 2024**

I completed a search warrant for Brendan Conklin's residence, 375 Canterbury Court, Delaware County, Westerville, Ohio 43082 (Parcel #: 317-343-07-022-000).  Judge Rohrer signed the warrant at 1:48 p.m.

Ofc. Flack #592, Ofc. Shoup #561, Ofc. Embaugh #593, Ofc. Sorah #569 and myself arrived at the residence and executed the warrant at 3:14 p.m.  When we arrived at the residence, Shamrock Towing was already on scene and was speaking with Brendan in the driveway.

I made contact with Brendan and explained that I had a warrant and was here to seize his vehicle.  I provided him a copy of the warrant and asked for the keys, which Brendan handed to me.  I asked if the vehicle had a dash camera and if the videos have been deleted.  Brendan stated he removed the dash camera from the vehicle and the camera was inside his residence.  He stated the videos had not been deleted at this time.

I advised him that I was specifically looking for his dash camera since he allegedly recorded the incident.  Brendan stated he had the videos inside and he was going to retain his property.  We spoke for a moment and about warrants and Brendan decided to go inside and provide me with the dash camera.  I explained that we had concerns that this was not an isolated incident and that there might be other traffic stops.

Brendan stated there were no other traffic stops and he only made a stop this time because he was worried about public safety.  I asked why his license plate came back to Columbus PD headquarters.  Brendan said he had a safety issue with his job so he was advised to have his address changed.  He said the BMV and the Department of Insurance told him to change his address.  Brendan stated the BMV told him he could change his address to Columbus PD headquarters.

Brendan explained that he did not do anything wrong and only made the traffic stop in the interest in public safety.  He stated he never once told anyone he was a federal officer and only stated he was with Ohio Fugitive Apprehension Program.

**January 25th, 2024**

I looked closely at the dash camera that Brendan provided to me and I found that the SD card was missing from the device.  I began working on another search warrant for Brendan's residence to seize any devices, electronic or otherwise, capable of storing recorded images, media, or documents, and any items that could be used to impersonate a Peace Officer.  I was informed that Brendan's attorney, Will Nesbitt, called and had information for us.

**EXHIBIT**

**A**

I received BWC video from Columbus PD from their involvement with the traffic stop on Cleveland Ave.  The video shows the officers sitting in their cruiser in the St. Ann's parking lot, near the emergency room entrance.  The officers being driving and work their way to the light at Cleveland Ave.  As they get towards the light, they are able to see red and blue flashing lights and they find a traffic stop in progress.  Both vehicles were stopped In the roadway before CPD was able to see that portion of the roadway.  In the video, you can hear the officers discussing the unmarked cruiser and wondering who it could be.  They decide to stop out with the vehicle since it seemed odd to them.  As they approach, you are able to see Brendan waiving them down.  A CPD officer makes contact with Brendan and asks for his ID.  Brendan provides the Officer with his badge and ID card.  A few moments later Ofc. Ross with WPD arrives.

Det. Grubbs reviewed multiple other pieces of evidence, including video from Brendan's dash camera.  Det. Grubbs advised me he noted multiple times where Brendan entered a Post Office in full uniform and wearing his firearm on his hip.  For further information, see Det. Grubbs **Progress of Investigation**.

### January 31st, 2024

I spoke with a supervisor with the Ohio Department of Insurance, ███████. ████ explained more of the process that bail bondsmen have to take in order to arrest someone.  ████ checked their system and found that Brendan cannot write his own surety bonds but stated he could be working for someone else who is licensed to do so.  ████ also looked up ████ cases and confirmed that she did not appear to have any bond that could be worked by Brendan.  ████ went on to explain that even if ██ could have been arrested by Brendan, that he did not follow the Ohio Revised Code in order to do so (**2927.27 O.R.C.**).

### February 1st, 2024

███████ came in to the station with ███████ to speak with me about the incident involving Brendan.

**Summary of Interview with ███████ – for full interview see recording in evidence.com**

After bringing ███ into the room, I explained that I wanted to talk to her about the incident from December 14th and asked her to tell me in her own words, what happened.

███ stated she and her son, ████████████████████ were heading to Kroger.  Just after leaving ██ home, she got to the stop sign at Scissortail and she noticed lights behind her.  ██ did not think she had done anything wrong so she pulled over further thinking that the person, later identified as Brendan, just needed to go around her.  At this point, she heard Brendan saying her name and telling her to put her hands out of the window.  ██ stated Brendan pulled his gun out while he was speaking with her.

███ stated she felt odd because it was an unmarked vehicle and he was dressed in a lot of gear.  She said she has lived in Westerville her whole life and did not recognize Brendan's uniform.

███ stated she asked Brendan "who are you with?"  Brendan stated he was with Ohio Fugitive Apprehension Program.  ███ stated she had never heard of it so she asked Brendan if he was a bounty hunter.  Brendan responded by saying "**no, I'm a Federal Officer**".  ███ stated Brendan specifically told her that he was a

██ and her sister asked why Blendon Township did not investigate this further at the time.  I explained that they would have to ask them but gave my opinion.  I explained that most officers in the greater Columbus area do not regularly deal with bondsmen in this capacity.  While this does happen more often in rural counties, it is not something that most of us have any real experience with.  I explained that one of the reasons that our officers thought something was wrong was because they were aware of the traffic stop, which is not something that Blendon Township even knew about during ██ arrest.

I asked ██ how she felt when Brendan was pulling her out of the car at gunpoint.  ██ stated she was scared and felt she did not do anything wrong.  She said she felt like he was not a police officer so who are you and what did I do wrong.  ██ stated she felt the response by Brendan was excessive for her missing a traffic case.  She said she did not think Brendan was a federal officer since he was coming after her for a traffic case.

██ stated she was scared and felt like no one was listening to her.  She said she felt really mad when Blendon Township showed up and still did not listen to her.  When asked how she felt when Brendan pointed a gun at her and told her to get out of the car, ██ stated she felt like she had no choice.  ██ **said she felt like she had to go do what he said or she would be shot.**

We spoke a bit more and I explained that if anything else comes up to please let me know.  I told ██ that even though this ended up not being an actual cop that I think she made the right decisions.  ██ stated going forward she will not get out of the car and will call 9-1-1.  ██ went on to say that her son was so frightened from this incident that he refused to get into the car with her for about three weeks.  I asked ██ what was her son's name and date of birth.  She stated his name was ███████████████ I asked ██ to estimate how long ██ was stopped in the car and she stated about ten to fifteen minutes.  I clarified that ██ was detained in the car for that time.  ██ stated ██ was detained in the car for about five to ten minutes but even after he got out Brendan would not let ██ go home.  ██ stated Brendan forced ██ to stand by for a while longer and would not let him leave.

██ stated she told Brendan immediately that her son was in the car.  She asked Brendan if ██ could get out of the car and Brendan stated he could not.  At some point later, Brendan yelled at ██ to get out of the car.  ██ came to stand by ██ and she asked Brendan if he could go home.  Brendan told ██ he could not go home even though his house was right across the street.

I asked ██ to let me know if she thinks of something else or if anything else comes up.

**This ended my interview with ████████ – This is a summary, for full interview see recording in evidence.com.**

**February 5th, 2024**

I received the recording of the call from Brendan to Columbus PD after he arrested ████████.  Listening to the call, Brendan appears to be reciting information he found on Franklin County Municipal Court website and Columbus PD declined to come out to pick her up.