Source Audio File: "CPD Audio of 911 call from Conklin." Received from Government.
Total File Length: 4 minutes 38 seconds
Transcript generated using Rev.com (Completed 04/07/2026)

Speaker 1 (CPD) (00:01):      Columbus Police Tech 154.

Speaker 2 (Conklin) (00:03):  Yes. Hi, uh, Conklin Fugitive Apprehension program. I have one in custody I need to verify - - that's showing a warrant with you guys. I need to verify the warrant and see if you want them.

Speaker 1 (00:14):      Okay. I need one moment.

Speaker 1 (00:46):      [unintelligible] you on a brief hold. Gimme one moment please.

Speaker 1 (2:08):      [unintelligible], can you tell me where you are right now?

Speaker 2 (02:11):      Yes, I'm sorry. Can you repeat?

Speaker 1 (02:16):      Uh, can I have the, the name of the suspect that you have?

Speaker 2 (02:18):      Yeah. Last name VICTIM 1. First name VICTIM 1. Middle initial, M as in Michael.

Speaker 1 (02:28):      Okay. Do you know their date of birth or their social security number?

Speaker 2 (02:31):      I have date of birth as VICTIM 1 1979. Female.

Speaker 1 (02:43):      Okay. Do you have the warrant case number?

Speaker 2 (02:48):      Initial alert was off of 2023 TRD 137416.

Speaker 1 (02:57):      Okay. Do you know what that warrant is for?

Speaker 2 (03:00):      Uh, failure to appear multiple times.

Speaker 1 (03:07):      Do you know if that's a felony or misdemeanor?

Speaker 2 (03:09):      Uh, misdemeanor. Judge has, judge has, uh, recite order non summable. Uh, looks like there's another one out of Blendon Township, but we can deal with that later.

Speaker 1 (03:28):      Okay. One moment please. Okay. It looks like because this is a misdemeanor, we unfortunately don't come out for misdemeanors after 11 o'clock.

Speaker 2 (03:37):      I'm sorry, what did you say?

EXHIBIT

C

1

Speaker 1 (03:38):     Uh, unfortunately for misdemeanors we don't come out after 11:00 PM for misdemeanor pickups.

Speaker 2 (03:43):     Okay. Would you like me to release her?

Speaker 1 (03:48):     Yeah, one moment.

Speaker 1 (4:10):     Hello? Um, you can use your discussion for that, but unfortunately we don't come out after 11:00 PM for misdemeanors. I think we start back up at 6:00 AM

Speaker 2 (04:16):     So what I'm asking you is I, I, you have an open warrant? I have her in custody. You do not wish to take her? You want me to release her?

Speaker 1 (04:26):     Oh, I can't make that call. That's up to your discretion because we don't come out after 11 o'clock.

Speaker 2 (04:33):     Okay. Alright, I understand. Thank you.

Speaker 1 (04:36):     Of course.